JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE MOORE, an individual;, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST MOBILE STORAGE, INC., a corporation; and DOES 1-200, Inclusive, <br><br> Defendant. | Case No. 5:23-cv-00658 SVW (SPx) <br><br> **ORDER GRANTING STIPULATED DISMISSAL** |

Pursuant to the stipulation of the Parties, and for good cause shown,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party will bear its own costs and fees.

IT IS SO ORDERED.

Date: November  21 , 2023

Hon. Stephen V. Wilson
United States District Judge

1
ORDER GRANTING STIPULATED DISMISSAL